# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 29 EM 2022
:
:
:
v. :
:
:
JULMAL LEWIS :
:
:
PETITION OF: DANIEL SILVERMAN, ESQ. :

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of September, 2022, in consideration of the Motion to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Philadelphia County for that court to determine whether Attorney Daniel Silverman should be permitted to withdraw. *See* Pa.R.Crim.P. 120(B)(1), Comment (precluding an attorney from ceasing representation of a criminal-defendant client absent leave of court).

     The Court of Common Pleas of Philadelphia County is ORDERED to enter its order regarding this remand within 90 days and to notify this Court promptly of its determination.